**CHECKER CAB COMPANY, Appellant,**

v.

**Clifford WINKFIELD.**

No. 16326.

United States Court of Appeals
Eighth Circuit.

Sept. 29, 1959.

Lewis W. Sanders, Kansas City, Mo., for appellant.

Melvin L. Kodas, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, pursuant to stipulation of parties.

**Clifford C. TERHUNE, Plaintiff-Appellant,**

v.

**AMERICAN EXPORT LINES, INC., Defendant-Appellee.**

No. 31, Docket 25570.

United States Court of Appeals
Second Circuit.

Argued Nov. 4, 1959.

Decided Nov. 4, 1959.

Ernest Rassner, New York City (Jacob Rassner, New York City, on the brief), for plaintiff-appellant.

Richard L. Maher, New York City, of Haight, Gardner, Poor & Havens (Kenneth Gardner and Clifford J. Brenner, New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, and HINCKS and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed in open court.    24 F.R.D. 70.

**Dean DeFort LIAKAS, Appellant,**

v.

**Lynn BOMAR, Warden, State Penitentiary, Nashville, Tennessee, Appellee.**

No. 14027.

United States Court of Appeals
Sixth Circuit.

Oct. 1, 1959.

Dean DeFort Liakas in pro per.

George L. McCanless, Atty. Gen., and Henry C. Foutch, Asst. Atty. Gen., for appellee.

PER CURIAM.

Petitioner has heretofore been granted leave to proceed in forma pauperis by order of the District Court of September 4, 1959. Rule 26(1), Rules of U. S. Court of Appeals for the Sixth Circuit, 28 U.S.C.A.

The District Court has denied petitioner's application for certificate of probable cause, which ruling is concurred in.

The appeal is accordingly dismissed. Section 2253, Title 28, U.S.Code.